BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: NATIONAL RIFLE ASSOCIATION BUSINESS EXPENDITURES LITIGATION | § § § § § § MDL Docket No. _____ ORAL ARGUMENT REQUESTED |

**THE NATIONAL RIFLE ASSOCIATION'S MOTION
TO TRANSFER CASES FOR COORDINATED OR CONSOLIDATED
PRE-TRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407**

The National Rifle Association of America respectfully moves the Judicial Panel on Multidistrict Litigation ("JPML") for an Order, pursuant to 28 U.S.C. § 1407 and the Rules of Procedure of the JPML, transferring four (4) related actions pending in federal district courts to the Northern District of Texas for centralization of the actions for coordinated or consolidated pre-trial proceedings.

For the reasons set forth in its Memorandum In Support of Its Motion to Transfer Cases Pursuant to 28 U.S.C. § 1407 for Centralization of the Actions for Coordinated or Consolidated Pre-trial Proceedings, filed herewith, the Motion should be granted and all of the "Related Actions" identified in the attached Schedule of Actions, as well as any tag-along actions or other cases that may be filed asserting related or similar claims, should be transferred to the Northern District of Texas for centralization of the actions for coordinated or consolidated pre-trial proceedings.

Dated: October 20, 2020

Respectfully submitted,

By: /s/ *Sarah B. Rogers*
William A. Brewer III
wab@brewerattorneys.com
Sarah B. Rogers
sbr@brewerattorneys.com

**BREWER, ATTORNEYS & COUNSELORS**
750 Lexington Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 489-1400
Facsimile: (212) 751-2849

**ATTORNEYS FOR MOVANT**
**THE NATIONAL RIFLE ASSOCIATION**