# **<u>EXHIBIT E</u>**

| Persons Likely to Possess Relevant Knowledge And / Or Documents - Current NYAG Litigation and Other Federal Actions | | | | | |
|---|---|---|---|---|---|
| Name | Location | NYAG | AMc | Stinchfield | Dell'Aquila |
| 5.11 Tactical, Corporate Representative | Irvine, CA | X | X | X | |
| Ackerman McQueen, Inc. | Oklahoma City, OK | X | X | X | X |
| Adcor Defense, Corporate Representative | Highland, MD | X | X | X | |
| Aitken, Michael | Manassas, VA | X | X | X | |
| Allegiance Creative Group, Corporate Representative | Fairfax, VA | X | X | X | X |
| Almand, Travis | Allen, TX | X | X | X | |
| American Clean Skies Foundation, Corporate Representative | Washington, DC | X | X | X | |
| Associated Television International, Corporate Representative | Los Angeles, CA | X | X | X | X |
| Atlantis Resort, Corporate Representative | Paradise Island, Bahamas | X | | | X |
| Autaubo, Rodney | Dallas, TX | X | X | X | |
| Azato, Dennis | Manassas, VA | X | X | X | |
| Bach, Scott | Newfoundland, NJ | X | X | X | X |
| Baggett, Don | Atlanta, GA | X | | | |
| Berthelot, Charles | Fort Worth, TX | X | X | X | |
| Betts, Gina | Dallas, TX | X | X | X | |
| Boren, Dan | Edmond, OK | X | X | X | X |
| Borja, Lorannda | Lawrenceburg, TN | X | | | X |
| Brown, Robert | Boulder, CO | X | X | X | X |
| Brownell, Pete | Montezuma, IA | X | X | X | X |
| Butz, Dave | Swansea, IL | X | X | X | X |
| Cabela's Outdoor Fund, Corporate Representative | Sidney, NE | X | X | X | |
| Campbell, Chester | Richardson, TX | X | X | X | |
| Chesapeake Energy Corporation, Corporate Representative | Oklahoma City, OK | X | X | X | |
| Chesney, Todd | Chino Valley, AZ | X | | | X |
| Chestnut, Mark | Jenks, OK | X | X | X | |
| Childress, Richard | Lexington, NC | X | X | X | X |
| Collins, Idehen (aka Colin Noir) | Dallas, TX | X | X | X | |
| Colt Manufacturing, Corporate Representative | West Hartford, CT | X | X | X | |
| Compass Real Estate Corporate Representative | Austin, TX | X | X | | |
| Concord Social & Public Relations, Corporate Representative | Fairfax, VA | X | X | X | X |
| Cors, Alan | McLean, VA | X | X | X | X |

| | | | | | |
|---|---|---|---|---|---|
| Cotton, Charles | Dallas, TX | X | X | X | X |
| Cox, Christopher | Alexandria, VA | X | X | X | X |
| Cox, Courtney | Alexandria, VA | X | | | |
| Coy, David | Adrian, MI | X | X | X | X |
| Cremer, Lacey | Dallas, TX | X | X | X | X |
| Crow Shooting Supply Inc., Corporate Representative | Montezuma, IA | X | | | |
| Cummins, Emily | Virginia Beach, VA | X | X | X | X |
| CXIII Rex, Corporate Representative | Alexandria, VA | X | X | X | X |
| Darley, Brian | Dallas, TX | X | X | X | |
| Dell'Aquila, David | Nashville, TN | X | | | X |
| Detwiler, Amy | Dallas, TX | X | X | | |
| Foster, Natalie | El Dorado, AR | X | X | X | |
| Froman, Sandra | Tucson, AZ | X | X | X | X |
| Gallagher, Coleen | New Buffalo, MI | X | | | X |
| Golob, Julie | Kearney, MO | X | X | X | X |
| GPI-M Uptown, LP, Corporate Representative | Dallas, TX | X | X | X | |
| Graeter's Ice Cream, Corporate Representative | Cincinnati, OH | X | | | |
| Greater Oklahoma City Chamber of Commerce, Corporate Representative | Oklahoma City, OK | X | X | X | |
| Greenberg, Jesse | Dallas, TX | X | X | X | X |
| GS2 Enterprises, Corporate Representative | Woodland Hills, CA | X | X | X | X |
| Hammer, Marion | Tallahassee, FL | X | X | X | X |
| Hart, Steve | Washington DC | X | X | X | X |
| HBC Auditors & Advisors, Corporate Representative | Oklahoma City, OK | X | X | X | |
| Himes, Josh | Dallas, TX | X | X | X | |
| HomeTelos, LP, Corporate Representative | Dallas, TX | X | | | X |
| Hornady Manufacturing Company, Corporate Representative | Grand Island, NE | X | X | X | |
| HWS Consulting Inc., Corporate Representative | Grasonville, MD | X | | | |
| Integris Health, Inc., Corporate Representative | Oklahoma City, OK | X | X | X | |
| International Order of St. Hubertus, Corporate Representative | Washington DC | X | | | X |
| Inventive Incentive & Insurance Services Inc., Corporate Representative | Woodland Hills, CA | X | X | X | X |
| Ives, Michael | Memphis, TN | X | X | X | |

| Keene, David | Washington, MD | X | X | X | X |
|---|---|---|---|---|---|
| Knight, Timothy | Signal Mountain, TN | X | X | X | X |
| Landini Brothers Restaurant, Corporate Representative | Alexandria, VA | X | X | X | X |
| Landini, Noe | Alexandria, VA | X | X | X | X |
| LaPierre, Susan | Great Falls, VA | X | X | X | X |
| Leapfrog Enterprises, Corporate Representative | Emeryville, CA | X | X | X | |
| Lee, Willes | Fairfax, VA | X | X | X | X |
| Ling, Il | Meridian, ID | X | X | X | X |
| Lipe, Rodney | Dallas, TX | X | X | X | |
| Lockton Affinity LLC, Corporate Representative | Overland Park, KS | X | X | | |
| Loesch, Chris | Southlake, TX | X | X | X | |
| Loesch, Dana | Southlake, TX | X | X | X | |
| Makris, Anthony | Alexandria, VA | X | X | X | X |
| Maloney, Sean | Liberty Township, OH | X | X | X | X |
| Marcellin, Michael | Leesburg, VA | X | | | X |
| Martin, Edmund | Edmond, OK | X | X | X | X |
| Martin, Henry | Dallas, TX | X | X | X | X |
| McKenna & Associates, Corporate Representative | Arlington, VA | X | X | | |
| McKenzie, David | Los Angeles, CA | X | X | X | X |
| McKenzie, Laura | Los Angeles, CA | X | X | X | X |
| McQueen, Katie | Oklahoma City, OK | X | X | X | X |
| McQueen, Revan | Oklahoma City, OK | X | X | X | X |
| Meadows, Carolyn | Atlanta, GA | X | X | X | X |
| Membership Marketing Partners, Corporate Representative | Fairfax, VA | X | X | X | X |
| Mercury Group, Inc. | Oklahoma City, OK (AMc headquarters) | X | X | X | X |
| Mitchell, Guy | Celina, TX | X | X | X | |
| Mojack Distributors, Corporate Representative | Wichita, KS | X | X | X | |
| Montgomery, Melanie | Dallas, TX | X | X | X | |
| Mossberg Corporation, Corporate Representative | North Haven, CT | X | X | X | |
| New Jersey Rifle and Pistol Clubs, Inc., Corporate Representative | Highland Lakes, NJ | X | | | |
| North, Oliver | Bluemont, VA | X | X | X | X |
| Nosler, Inc., Corporate Representative | Bend, OR | X | X | X | |
| Nosler, Robert | Bend, OR | X | X | X | X |

| | | | | | |
|---|---|---|---|---|---|
| Nugent, Shemane | China Spring, TX | X | X | X | X |
| Nugent, Ted | China Spring, TX | X | X | X | X |
| Oklahoma Department of Tourism and Recreation, Corporate Representative | Oklahoma City, OK | X | X | X | |
| Oklahoma Gas & Electric, Corporate Representative | Oklahoma City, OK | X | X | X | |
| Oklahoma State University Foundation, Corporate Representative | Stillwater, OK | X | X | X | |
| Olson, Lance | Marengo, IA | X | X | X | X |
| Omni Air Transport, Corporate Representative | Hartford, CT | X | X | X | X |
| Payne, Tammy | Oklahoma City, OK | X | X | X | |
| Phillips, Woody | Dallas, TX | X | X | X | X |
| Plunkett, Jaqueline | Washington DC | X | X | X | X |
| Popp, John | Springfield, VA | X | X | X | |
| Porter, James | Birmingham, AL | X | X | X | X |
| Powell, Jim | Plainview, MI | X | X | X | |
| Powell, Josh | New Buffalo, MI | X | X | X | X |
| RCR Enterprises, Inc., Corporate Representative | Lexington, NC | X | | | |
| Remington Firearms, Corporate Representative | Madison, NC | X | X | X | |
| Rendon Group, Corporate Representative | Washington, DC | X | X | X | X |
| Richards, Nancy | Dallas, TX | X | | | X |
| RSM, Corporate Representative | Chicago, IL | X | X | X | X |
| Schmeits, Ron | Raton, NM | X | X | X | X |
| Schneider, Esther | Driftwood, TX | X | X | X | X |
| Selfridge, Edward | Dillwyn, VA | X | X | X | |
| Senior Star, Corporate Representative | Tulsa, OK | X | X | X | |
| Sheets, Wayne | Grasonville, MD | X | | | X |
| Simone, Ginny | Naples, FL | X | X | X | |
| Sinisi, Denise | Colleyville, TX | X | X | X | |
| Six Flags of America, Corporate Representative | Bowie, MD | X | X | X | |
| Sloan, Gurney | Colorado Springs, CO | X | X | X | X |
| Smith & Wesson, Corporate Representative | Springfield, MA | X | X | X | |
| SPECTRE, Corporate Representative | New Buffalo, MI | X | | | |
| SpiritWild Productions, Corporate Representative | China Spring, TX | X | | | X |

| | | | | | |
|---|---|---|---|---|---|
| Stanford, Gayle | Woodland Hills, CA | X | X | X | X |
| Sterner, Colleen | Merna, NE | X | X | X | X |
| Sterner, Terry | Merna, NE | X | X | X | X |
| Stinchfield, Grant | Dallas, TX | X | X | X | |
| Sturm, Ruger & Co., Corporate Representative | Newport, NH | X | | | |
| Szucs, George | McKinney, TX | X | X | X | |
| Tavangar, Nader | Alexandria, VA | X | X | X | |
| Titus, Kristy | Prineville, OR | X | X | X | |
| Turner, Clay | Colorado Springs, CO | X | X | X | |
| Under Wild Skies, Corporate Representative | Alexandria, VA | X | X | X | X |
| Unified Sportsmen of Florida, Corporate Representative | Tallahassee, FL | X | | | |
| Valinski, David | Palm Coast, FL | X | X | X | X |
| Varney, Alexander | Wylie, TX | X | X | X | |
| Vista Outdoor Inc., Corporate Representative | Anoka, MN | X | X | X | |
| Walters, Ian | West Accokeek, MD | X | X | | |
| Warner, Carl | Dallas, TX | X | X | X | |
| Weaver, Kyle | Missoula, MT | X | X | X | X |
| Weber, Brent | Andover, KS | X | | | X |
| Whatcott, Jace | Dallas, TX | X | X | X | |
| WHIP LLC, Corporate Representative | Austin, TX | X | | | |
| Williams Companies, Inc., Corporate Representative | Tulsa, OK | X | X | X | |
| Winkler, Brandon | Dallas, TX | X | X | X | X |
| Winkler, William | Edmund, OK | X | X | X | X |
| Workamajig, Inc., Corporate Representative | Oakhurst, NJ | X | X | X | |
| WPX Energy, Corporate Representative | Tulsa, OK | X | X | X | |