# **EXHIBIT E**

| Persons Likely to Possess Relevant Knowledge And / Or Documents – Ackerman McQueen | |
|---|---|
| **Name** | **Location** |
| 5.11 Tactical, Corporate Representative | Irvine, CA |
| Ackerman McQueen, Inc. | Oklahoma City, OK |
| Adcor Defense, Corporate Representative | Highland, MD |
| Aitken, Michael | Manassas, VA |
| Allegiance Creative Group, Corporate Representative | Fairfax, VA |
| Almand, Travis | Allen, TX |
| American Clean Skies Foundation, Corporate Representative | Washington, DC |
| Associated Television International, Corporate Representative | Los Angeles, CA |
| Autaubo, Rodney | Dallas, TX |
| Azato, Dennis | Manassas, VA |
| Bach, Scott | Newfoundland, NJ |
| Berthelot, Charles | Fort Worth, TX |
| Betts, Gina | Dallas, TX |
| Boren, Dan | Edmond, OK |
| Brown, Robert | Boulder, CO |
| Brownell, Pete | Montezuma, IA |
| Butz, Dave | Swansea, IL |
| Cabela's Outdoor Fund, Corporate Representative | Sidney, NE |
| Campbell, Chester | Richardson, TX |
| Chesapeake Energy Corporation, Corporate Representative | Oklahoma City, OK |
| Chestnut, Mark | Jenks, OK |
| Childress, Richard | Lexington, NC |
| Collins, Idehen (aka Colin Noir) | Dallas, TX |
| Colt Manufacturing, Corporate Representative | West Hartford, CT |
| Compass Real Estate Corporate Representative | Austin, TX |
| Concord Social & Public Relations, Corporate Representative | Fairfax, VA |
| Cors, Alan | McLean, VA |
| Cotton, Charles | Dallas, TX |
| Cox, Christopher | Alexandria, VA |
| Coy, David | Adrian, MI |
| Cremer, Lacey | Dallas, TX |
| Cummins, Emily | Virginia Beach, VA |
| CXIII Rex, Corporate Representative | Alexandria, VA |
| Darley, Brian | Dallas, TX |

| | |
|---|---|
| Detwiler, Amy | Dallas, TX |
| Foster, Natalie | El Dorado, AR |
| Froman, Sandra | Tucson, AZ |
| Golob, Julie | Kearney, MO |
| GPI-M Uptown, LP, Corporate Representative | Dallas, TX |
| Greater Oklahoma City Chamber of Commerce, Corporate Representative | Oklahoma City, OK |
| Greenberg, Jesse | Dallas, TX |
| GS2 Enterprises, Corporate Representative | Woodland Hills, CA |
| Hammer, Marion | Tallahassee, FL |
| Hart, Steve | Washington DC |
| HBC Auditors & Advisors, Corporate Representative | Oklahoma City, OK |
| Himes, Josh | Dallas, TX |
| Hornady Manufacturing Company, Corporate Representative | Grand Island, NE |
| Integris Health, Inc., Corporate Representative | Oklahoma City, OK |
| Inventive Incentive & Insurance Services Inc., Corporate Representative | Woodland Hills, CA |
| Ives, Michael | Memphis, TN |
| Keene, David | Washington, MD |
| Knight, Timothy | Signal Mountain, TN |
| Landini Brothers Restaurant, Corporate Representative | Alexandria, VA |
| Landini, Noe | Alexandria, VA |
| LaPierre, Susan | Great Falls, VA |
| Leapfrog Enterprises, Corporate Representative | Emeryville, CA |
| Lee, Willes | Fairfax, VA |
| Ling, Il | Meridian, ID |
| Lipe, Rodney | Dallas, TX |
| Lockton Affinity LLC, Corporate Representative | Overland Park, KS |
| Loesch, Chris | Southlake, TX |
| Loesch, Dana | Southlake, TX |
| Makris, Anthony | Alexandria, VA |
| Maloney, Sean | Liberty Township, OH |
| Martin, Edmund | Edmond, OK |
| Martin, Henry | Dallas, TX |
| McKenna & Associates, Corporate Representative | Arlington, VA |
| McKenzie, David | Los Angeles, CA |
| McKenzie, Laura | Los Angeles, CA |
| McQueen, Katie | Oklahoma City, OK |

| | |
|---|---|
| McQueen, Revan | Oklahoma City, OK |
| Meadows, Carolyn | Atlanta, GA |
| Membership Marketing Partners, Corporate Representative | Fairfax, VA |
| Mercury Group, Inc. | Oklahoma City, OK (AMc headquarters) |
| Mitchell, Guy | Celina, TX |
| Mojack Distributors, Corporate Representative | Wichita, KS |
| Montgomery, Melanie | Dallas, TX |
| Mossberg Corporation, Corporate Representative | North Haven, CT |
| North, Oliver | Bluemont, VA |
| Nosler, Inc., Corporate Representative | Bend, OR |
| Nosler, Robert | Bend, OR |
| Nugent, Shemane | China Spring, TX |
| Nugent, Ted | China Spring, TX |
| Oklahoma Department of Tourism and Recreation, Corporate Representative | Oklahoma City, OK |
| Oklahoma Gas & Electric, Corporate Representative | Oklahoma City, OK |
| Oklahoma State University Foundation, Corporate Representative | Stillwater, OK |
| Olson, Lance | Marengo, IA |
| Omni Air Transport, Corporate Representative | Hartford, CT |
| Payne, Tammy | Oklahoma City, OK |
| Phillips, Woody | Dallas, TX |
| Plunkett, Jaqueline | Washington DC |
| Popp, John | Springfield, VA |
| Porter, James | Birmingham, AL |
| Powell, Jim | Plainview, MI |
| Powell, Josh | New Buffalo, MI |
| Remington Firearms, Corporate Representative | Madison, NC |
| Rendon Group, Corporate Representative | Washington, DC |
| RSM, Corporate Representative | Chicago, IL |
| Schmeits, Ron | Raton, NM |
| Schneider, Esther | Driftwood, TX |
| Selfridge, Edward | Dillwyn, VA |
| Senior Star, Corporate Representative | Tulsa, OK |
| Simone, Ginny | Naples, FL |
| Sinisi, Denise | Colleyville, TX |
| Six Flags of America, Corporate Representative | Bowie, MD |
| Sloan, Gurney | Colorado Springs, CO |

| | |
|---|---|
| Smith & Wesson, Corporate Representative | Springfield, MA |
| Stanford, Gayle | Woodland Hills, CA |
| Sterner, Colleen | Merna, NE |
| Sterner, Terry | Merna, NE |
| Stinchfield, Grant | Dallas, TX |
| Szucs, George | McKinney, TX |
| Tavangar, Nader | Alexandria, VA |
| Titus, Kristy | Prineville, OR |
| Turner, Clay | Colorado Springs, CO |
| Under Wild Skies, Corporate Representative | Alexandria, VA |
| Valinski, David | Palm Coast, FL |
| Varney, Alexander | Wylie, TX |
| Vista Outdoor Inc., Corporate Representative | Anoka, MN |
| Walters, Ian | West Accokeek, MD |
| Warner, Carl | Dallas, TX |
| Weaver, Kyle | Missoula, MT |
| Whatcott, Jace | Dallas, TX |
| Williams Companies, Inc., Corporate Representative | Tulsa, OK |
| Winkler, Brandon | Dallas, TX |
| Winkler, William | Edmund, OK |
| Workamajig, Inc., Corporate Representative | Oakhurst, NJ |
| WPX Energy, Corporate Representative | Tulsa, OK |