# **EXHIBIT D**

| Persons Likely to Possess Relevant Knowledge And / Or Documents – Dell'Aquila ||
|---|---|
| **Name** | **Location** |
| Ackerman McQueen, Inc. | Oklahoma City, OK |
| Allegiance Creative Group, Corporate Representative | Fairfax, VA |
| Associated Television International, Corporate Representative | Los Angeles, CA |
| Atlantis Resort, Corporate Representative | Paradise Island, Bahamas |
| Bach, Scott | Newfoundland, NJ |
| Boren, Dan | Edmond, OK |
| Borja, Lorannda | Lawrenceburg, TN |
| Brown, Robert | Boulder, CO |
| Brownell, Pete | Montezuma, IA |
| Butz, Dave | Swansea, IL |
| Chesney, Todd | Chino Valley, AZ |
| Childress, Richard | Lexington, NC |
| Concord Social & Public Relations, Corporate Representative | Fairfax, VA |
| Cors, Alan | McLean, VA |
| Cotton, Charles | Dallas, TX |
| Cox, Christopher | Alexandria, VA |
| Coy, David | Adrian, MI |
| Cremer, Lacey | Dallas, TX |
| Cummins, Emily | Virginia Beach, VA |
| CXIII Rex, Corporate Representative | Alexandria, VA |
| Dell'Aquila, David | Nashville, TN |
| Froman, Sandra | Tucson, AZ |
| Gallagher, Coleen | New Buffalo, MI |
| Golob, Julie | Kearney, MO |
| Greenberg, Jesse | Dallas, TX |
| GS2 Enterprises, Corporate Representative | Woodland Hills, CA |
| Hammer, Marion | Tallahassee, FL |
| Hart, Steve | Washington DC |
| HomeTelos, LP, Corporate Representative | Dallas, TX |
| International Order of St. Hubertus, Corporate Representative | Washington DC |
| Inventive Incentive & Insurance Services Inc., Corporate Representative | Woodland Hills, CA |
| Keene, David | Washington, MD |
| Knight, Timothy | Signal Mountain, TN |
| Landini Brothers Restaurant, Corporate Representative | Alexandria, VA |

| | |
|---|---|
| Landini, Noe | Alexandria, VA |
| LaPierre, Susan | Great Falls, VA |
| Lee, Willes | Fairfax, VA |
| Ling, Il | Meridian, ID |
| Makris, Anthony | Alexandria, VA |
| Maloney, Sean | Liberty Township, OH |
| Marcellin, Michael | Leesburg, VA |
| Martin, Edmund | Edmond, OK |
| Martin, Henry | Dallas, TX |
| McKenzie, David | Los Angeles, CA |
| McKenzie, Laura | Los Angeles, CA |
| McQueen, Katie | Oklahoma City, OK |
| McQueen, Revan | Oklahoma City, OK |
| Meadows, Carolyn | Atlanta, GA |
| Membership Marketing Partners, Corporate Representative | Fairfax, VA |
| Mercury Group, Inc. | Oklahoma City, OK (AMc headquarters) |
| North, Oliver | Bluemont, VA |
| Nosler, Robert | Bend, OR |
| Nugent, Shemane | China Spring, TX |
| Nugent, Ted | China Spring, TX |
| Olson, Lance | Marengo, IA |
| Omni Air Transport, Corporate Representative | Hartford, CT |
| Phillips, Woody | Dallas, TX |
| Plunkett, Jaqueline | Washington DC |
| Porter, James | Birmingham, AL |
| Powell, Josh | New Buffalo, MI |
| Rendon Group, Corporate Representative | Washington, DC |
| Richards, Nancy | Dallas, TX |
| RSM, Corporate Representative | Chicago, IL |
| Schmeits, Ron | Raton, NM |
| Schneider, Esther | Driftwood, TX |
| Sheets, Wayne | Grasonville, MD |
| Sloan, Gurney | Colorado Springs, CO |
| SpiritWild Productions, Corporate Representative | China Spring, TX |
| Stanford, Gayle | Woodland Hills, CA |
| Sterner, Colleen | Merna, NE |

| | |
|---|---|
| Sterner, Terry | Merna, NE |
| Under Wild Skies, Corporate Representative | Alexandria, VA |
| Valinski, David | Palm Coast, FL |
| Weaver, Kyle | Missoula, MT |
| Weber, Brent | Andover, KS |
| Winkler, Brandon | Dallas, TX |
| Winkler, William | Edmund, OK |