BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE NATIONAL RIFLE ASSOCIATION BUSINESS EXPENDITURES LITIGATION | CORRECTED NOTICE OF APPEARANCE<br>MDL Docket No. 2979 |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that in compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), MONICA A. CONNELL, an Assistant Attorney General in the office of LETITIA JAMES, Attorney General of the State of New York, whose address, phone number and email are set forth below, appears as counsel of record for and is authorized to receive all papers, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation, on behalf of LETITIA JAMES, in the above-referenced matter. Attorney General James is the defendant in the matter *National Rifle Association of America v. Letitia James*, NDNY Case No. 20-cv-00889, one of the actions sought to be consolidated herein. Please take further notice that this appearance is without waiver or prejudice to assert any and all defenses that may be applicable.

Dated: New York, New York
        November 4, 2020

>LETITIA JAMES
>Attorney General of the State of New York
>*Attorney for Defendant Letitia James*
>By:
>
>_____
>Monica A. Connell
>Assistant Attorney General
>28 Liberty Street
>New York, New York 10005
>(212) 416-8965
>Monica.Connell@ag.ny.gov
>James.Sheehan@ag.ny.gov
>Emily.Stern@ag.ny.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Corrected Notice of Appearance was electronically served via the Court's electronic case filing system upon all counsel of record on this 4th day of November 2020.

_____
Monica A. Connell