BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: NATIONAL RIFLE ASSOCIATION BUSINESS EXPENDITURES LITIGATION | § § § § § § MDL Docket No. 2979 |

NOTICE OF SUGGESTION OF BANKRUPTCY OF
THE NATIONAL RIFLE ASSOCIATION OF AMERICA AND SEA GIRT LLC

Please be advised that the National Rifle Association of America (the "NRA" or the "Association") and Sea Girt LLC ("Sea Girt") (collectively, the "Debtors"), filed petitions commencing voluntary cases under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended (the "Bankruptcy Code") on January 15, 2021. The bankruptcy cases are pending in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, and are administered under Case Nos. 21-30085-11 and 21-30080-11.

Section 362(a) (Automatic Stay) of the Bankruptcy Code automatically prohibits, *inter alia*, the following:

- the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

- the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

- any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate.

1

Dated: January 15, 2021 Respectfully submitted,

By: /s/ Sarah B. Rogers
William A. Brewer III
wab@brewerattorneys.com
Sarah B. Rogers
sab@brewerattorneys.com
**BREWER, ATTORNEYS & COUNSELORS**
750 Lexington Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 489-1400
Facsimile: (212) 751-2849

**ATTORNEYS FOR MOVANT THE NATIONAL RIFLE ASSOCIATION OF AMERICA**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Suggestion of Bankruptcy was electronically served via the Court's electronic case filing system upon all counsel of record on this 15th day of January 2020.

/s/ Sarah B. Rogers
Sarah B. Rogers
